

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     In re Highland Homes – Houston, LLC

Appellate case number:   01-21-00585-CV

Trial court case number:  20-DCV-276771

Trial court:               400th District Court of Fort Bend County

      Relator, Highland Homes – Houston, LLC, filed a petition for writ of mandamus and, subsequently, a motion for temporary relief to stay all arbitration proceedings before arbitrator Allison J. Snyder pending the adjudication of its petition for writ of mandamus. We **grant** the motion for temporary relief and stay all arbitration proceedings before arbitrator Allison J. Snyder in the underlying proceeding. This order will remain in effect until relator's petition for writ of mandamus is finally decided or until further order from this Court.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually


Date: <u>November 18, 2021</u>